MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Tabitha Tashara Sistrunk            Case No.: 24-00657

_Debtor(s)_                                Chapter: 13

## Notice of Change of Address for Creditor

First Electronic Bank c/o Opportunity Financial, LLC   (Creditor) hereby gives notice of its new address:

**Current Notice Address**:
_(As shown on matrix)_
130 E. Randolph Street
Suite 3300
Chicago, IL 60601

**New Notice Address**:
P.O. Box 5040
Fredericksburg, VA 22403

**New Payment Address**:
_(If applicable)_
P.O. Box 5040
Fredericksburg, VA 22403

**Proof of Claim Number(s)**: 14-1
_(If applicable)_

**Reason for Change of Address**:
☐ New Loan Servicer[1]
☑ New Location
☐ Other

Prepared By:

Signature: /s/ Brandon S. Lefkowitz         Address: BK1 Solutions
Name: Brandon S. Lefkowitz                           29777 Telegraph Road
Title: Rep. for First Electronic Bank                Suite 2440
Phone No: 248-249-3537                               Southfield, MI 48034

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

## Certificate of Service

      I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on  5/21/2025  addressed to:
              (Date)

Debtor(s):

Tabitha Tashara Sistrunk

533 W1042 Spanish Oak Blvd

Florence, MS 39073

      Brandon S. Lefkowitz
      Name

      /s/ Brandon S. Lefkowitz
      Signature