___



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
Date Signed: February 26, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**  **CASE NO.: 24-00657-JAW**
**TABITHA TASHARA SISTRUNK**
**SS#: XXX-XX-3153**

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which **the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE.** Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

LANDMARK LIFESTYLES
ATTN: JENNIFER LANG
120 DYESS ROAD
RIDGELAND, MS 39157

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

> Harold J. Barkley, Jr.
> Chapter 13 Trustee
> P.O. Box 321454
> Flowood, MS 39232

the sum of **$746.50 BIWEEKLY**.

**FURTHER ORDERED,** that the <u>employer</u> shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

##END OF ORDER##